IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GENOVEVA ORTIZ-RIVERA<br><br>Plaintiff<br><br>vs<br><br>PAN AMERICAN GRAIN MANUFACTURING CO., INC.; JOSE GONZALEZ-FREYRE; MYRNA RUIZ-QUIÑONES; MAYTE SANTIAGO-RAMIREZ; JOHN DOE and/or RICHARD ROE<br><br>Defendants | CIVIL 12-1110CCC |

## JUDGMENT

Having considered the Motion for Voluntary Dismissal with Prejudice filed by plaintiff on July 30, 2013 (**docket entry 93**), the same is GRANTED.  Accordingly, it is ORDERED and ADJUDGED that judgment be and is hereby entered DISMISSING this action, with prejudice, and without the imposition of costs or attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on July 31, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge